IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICIA S. WHEELER, | ) | CASE NO. 8:04CV497 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR ATTORNEY FEES |
| v. | ) | UNDER EQUAL ACCESS |
| | ) | TO JUSTICE ACT |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, Social Security Admin. | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Motion for Attorney Fees and Costs, (Filing No. 22). The Defendant has filed a response indicating that it has no objection to the award of fees and costs, because the Plaintiff is a prevailing party in this case under the Equal Access to Justice Act 28 U.S.C. § 2412(d). The parties agree that the sum of $3,766.75 is reasonable and appropriate.

The Court has reviewed the record, including the Declaration of the Plaintiff, (Filing No. 22), and the Court finds the amount requested to be reasonable based on both the hourly rate and the hours expended. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion for Attorney Fees and Costs (Filing No. 22) is granted; and

2. The Plaintiff is entitled to attorney fees under the Equal Access of Justice Act in the amount of $3,766.75 and for reimbursement of her filing fee in the amount of $150.00, from the Judgment Fund administered by the United States Treasury.

DATED this 6th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge